IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-00167-FL

| | |
|---|---|
| ATLANTIC TOWERS ASSN., INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN WORLD INSURANCE COMPANY,<br><br>Defendant. | **JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Atlantic Towers Assn., Inc. and Defendant, Western World Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly submit notice to his Honorable Court that a settlement in principle has been reached between the Parties. Because the Parties are working on reducing the settlement to written form, they respectfully request that this matter be removed from the active docket and that no further rulings be issued.

Respectfully submitted this the 5th day of October, 2023.

| EQUITAS LAW PARTNERS, LLP | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/ Thomas S. Babel<br>Thomas S. Babel<br>NC Bar No.35004<br>330 Military Cutoff Road, Suite A-2<br>Wilmington, NC 28405<br>T: (910) 900-8078<br>F: (910) 990-8045<br>E: thomas@equitaslp.com<br>*Attorneys for Plaintiff Atlantic Towers Assn., Inc.* | /s/ L. Andrew Watson<br>L. Andrew Watson<br>NC Bar No. 41812<br>N. Khrystyne Rasmussen<br>NC Bar No. 55223<br>11525 N. Community House Road, Suite 300<br>Charlotte, North Carolina 28277<br>Mail Center: 400 N. Ashley Drive, Suite 2300<br>Tampa, FL 33602<br>T: (704) 543-2321<br>F: (704) 543-2324<br>E: awatson@butler.legal<br>　ksmith@butler.legal<br>*Attorneys for Defendant Western World Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court of the United States District Court for the Eastern District of North Carolina using the CM/ECF System, which will send notification of such filing to all parties of record as follows:

| | |
|---|---|
| Thomas S. Babel<br>Equitas Law Partners, LLP<br>330 Military Cutoff Road, Suite A-2<br>Wilmington, NC 28405<br>thomas@equitaslp.com<br>*Attorneys for Plaintiff* | Mark Keith York<br>Davis Hartman Wright LLP<br>421 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>mky@dhwlegal.com<br>*Attorneys for Plaintiff* |

/s/ L. Andrew Watson
L. Andrew Watson