IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-00167-FL

| | |
|---|---|
| ATLANTIC TOWERS ASSN., INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN WORLD INSURANCE COMPANY,<br><br>Defendant. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

NOW COMES Plaintiff Atlantic Towers Assn. Inc., through undersigned counsel, Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and hereby dismisses any and all claims and causes of action brought forth in this action, with prejudice, and hereby closes this action.

Respectfully submitted this the 5th day of January 2024.

/s/ Thomas S. Babel
Thomas S. Babel
NC Bar No.: 35004
Equitas Law Partners, LLP
330 Military Cutoff Rd., Suite A-2
Wilmington, NC 28405
T: (910) 900-8078
F: (910) 990-8045
E: thomas@equitaslp.com
*Attorney for Plaintiff*

/s/ Khrystyne Rasmussen
Khrystyne Rasmussen
NC Bar No.: 55223
Butler Weihmuller Katz Craig LLP
11525 N. Community House Road, Suite 300
Charlotte, NC 28277
T: (704) 940-9807
E: Ksmith@butler.legal
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court of the United States District Court for the Eastern District of North Carolina using the CM/ECF System, which will send notification of such filing to all parties of record as follows:

/s/ Thomas S. Babel
Thomas S. Babel